

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00084-CV

| | | |
|---|---|---|
| FLOYD ROGERS III, AS SURVIVING SON OF DECEASED FLOYD ROGERS, JR. "JUNIOR", Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CV20-0637) |
| V. | § | April 21, 2022 |
| DR. AVI T. DESHMUKH, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM